IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50334
Summary Calendar
_____

RODOLFO RIVERA MUNOZ,

                                    Appellant,

NEPHTALI DE LEON,

                                    Plaintiff-Appellant,

versus

SAN ANTONIO INDEPENDENT SCHOOL DISTRICT;
VICTOR RODRIGUEZ, Dr., In His Individual
and Official Capacity As Superintendent of
The San Antonio Independent School District;
MARY ESTHER BERNAL, In Her Individual and
Official Capacity As Director of Arts and
Languages; RAQUEL BEECHNER, In Her Individual
and Official Capacity As Curriculum Specialist;
THE TEXAS COMMISSIONER OF EDUCATION,

                                    Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CV-178
- - - - - - - - - -
(August 22, 1995)

Before GARWOOD, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

---

     [*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

IT IS ORDERED that Nephtali De Leon's and Attorney Rodolfo Munoz's applications for leave to proceed in forma pauperis are DENIED, because their appeals lack arguable merit and are therefore frivolous.  Despite the appellants' assertions regarding "a formal policy of genocide against the American Aborigine by the European Immigrants," the appellants have failed to show a nonfrivolous appellate issue regarding the district court's disposition of De Leon's claims regarding his employment or the district court's imposition of sanctions.  See McAfee v. 5th Circuit Judges, 884 F.2d 221, 222 (5th Cir. 1989), cert. denied, 493 U.S. 1083 (1990).  Because the appeals are frivolous, IT IS FURTHER ORDERED that the appeals are dismissed.  See 5th Cir. R. 42.2; Van Cleave v. United States, 854 F.2d 82, 85 (5th Cir. 1988).

IT IS FURTHER ORDERED that De Leon's and Munoz's applications for preparation of the trial transcript at government expense are DENIED.